NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BODUSTIN BLUE PRICE,                )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D17-3911
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____)

Opinion filed November 21, 2018.

Appeal from the Circuit Court for DeSoto
County; Kimberly Bonner, Judge.

Bodustin Blue Price, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katie Salemi-Ashby,
Assistant Attorney General, Tampa, for
Appellee.



PER CURIAM.


          Affirmed.


VILLANTI, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.